IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-439-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JUVER EDUARDO COREAS-BATRES | ) | |

Now before the Court is the government's emergency motion to stay and revoke release order. [DE 16]. The request to stay defendant's release from custody is GRANTED until the Court has decided the government's request to revoke the release order. A hearing on the motion to revoke release order will be held at 2:00 p.m. November 30, 2018, at the United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina. Defendant's appearance is required for the hearing.

SO ORDERED, this 29 day of November, 2018.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE